JUAN R. y LUIS ZALDUONDO VEVE ET ALS., peticionarios y apelados, EX PARTE; PUERTO RICO FERTILIZER Co., interventora y apelante.

No. 6711.—*Sometido:* Julio 16, 1934. *Resuelto:* Julio 23, 1934.

*J. de Guzmán Benítez,* abogado de la apelante; *A. Ortiz Toro, F. González, Jr.* y *E. Campos del Toro,* abogados de los apelados.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

Los apelados aún no nos convencen de que el fiscal o el National City Bank fueran una parte necesaria. Si la presencia de la apelante en el litigio podía reducir los fondos a tal extremo que el National City Bank tuviera que rebajar su reclamación, quizá prevalecería la contención, mas los apelados no nos remiten a la parte de los autos de donde pueda hacerse tal inferencia.

Por otro lado, estamos convencidos de que el escrito de apelación debió haberse notificado a todos los herederos o a sus abogados; de que el Lic. Campos del Toro representaba solamente a algunos de los herederos y de que éste era un hecho conocido por la apelante. Los demás herederos no fueron notificados directamente o por mediación

de sus letrados y el unirse los abogados en una petición común no alteró las representaciones respectivas que ostentaban. Los apelados también llaman nuestra atención hacia el hecho de que al momento de entablarse la apelación el contador partidor había terminado sus deberes y se hallaba *functus officio*.

*Debe desestimarse la apelación por falta de partes adecuadas.*